**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| DOMINICK LAVAR DANIELS | CIVIL ACTION NO. 08-1379-P |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BOSSIER PARISH MEDIUM SECURITY FACILITY, ET AL. | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 14th day September, 2011.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE